IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA

| | | |
|---|---|---|
| **WOLVERINE BARCODE IP, LLC** | § | |
| *Plaintiff,* | § | |
| v. | § | CASE NO. 7:25-CV-207-DC-DTG |
| **7-ELEVEN, INC.** | § | |
| *Defendant,* | § | |

## ORDER GRANTING DEFENDANT'S MOTION TO TRANSFER (DKT. NO. 28 & 30)

Before the Court is the defendant, 7-Eleven, Inc.'s motion for transfer under 28 U.S.C. § 1404(a), entered on the docket in both a sealed and redacted version. Dkt. Nos. 28 & 30. The defendant represents that it is headquartered in the Northern District of Texas, and its known witnesses and evidence are all found in and around Irving, Texas within the Northern District of Texas, and that it has no substantial connection with the Western District of Texas. Dkt. No. 28 at 1-2. The plaintiff, Wolverine Barcode IP, LLC, does not oppose the transfer. Dkt. No. 32

Having considered the motion and attached exhibits, arguments or counsel, the applicable law, and the relevant facts, the Court **GRANTS** the motion (Dkt. Nos. 28 & 30). It is therefore **ORDERED** that the Clerk of Court is respectfully directed to transfer Case No. 7:24-cv-00207 to the Northern District of Texas without delay.

**SIGNED** this 21st day of October, 2025.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE