# U.S. District Court [LIVE]
# Western District of Texas (Midland)
# CIVIL DOCKET FOR CASE #: 7:25−cv−00207−DC−DTG

| | |
|---|---|
| Wolverine Barcode IP, LLC v. 7−Eleven, Inc. | Date Filed: 05/01/2025 |
| Assigned to: Judge David Counts | Jury Demand: Both |
| Referred to: Judge Derek T. Gilliland | Nature of Suit: 830 Patent |
| Related Case:  7:24−cv−00307−DC−DTG | Jurisdiction: Federal Question |
| Cause: 35:271 Patent Infringement | |

**Plaintiff**

**Wolverine Barcode IP, LLC**   represented by   **William P. Ramey , III**
Ramey LLP
5020 Montrose Blvd., Suite 800
Houston, TX 77006
713−426−3923
Fax: 832/900−4941
Email: wramey@rameyfirm.com
*ATTORNEY TO BE NOTICED*


V.

**Defendant**

**7−Eleven, Inc.**   represented by   **Lance E. Wyatt , Jr.**
Fish & Richardson P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
214−760−6155
Fax: 214−747−2092
Email: wyatt@fr.com
*TERMINATED: 07/29/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Neil J. McNabnay**
Fish & Richardson, PC
1717 Main Street, Suite 50000
Dallas, TX 75201
(214) 747−5070
Fax: (214) 747−2091
Email: mcnabnay@fr.com
*TERMINATED: 07/29/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Siddhesh V. Pandit , Esq.**
Maier & Maier PLLC
345 S. Patrick Street
Alexandria, VA 22314
(703) 740−8322

Fax: (703) 991-7071
Email: svp@maierandmaier.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy Joseph Maier , I**
Maier & Maier, PLLC
345 South Patrick Street
Alexandria, VA 22314
703−740−8322
Fax: 703−991−7071
Email: tjm@maierandmaier.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas J. Gohn**
Maier and Maier
345 South Patrick Street
Alexandria, VA 22314
703−740−8322
Email: tjg@maierandmaier.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/01/2025 | Ï 1 | COMPLAINT ( Filing fee $ 405 receipt number ATXWDC−20125972), filed by Wolverine Barcode IP, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Civil Cover Sheet)(Ramey, William) (Entered: 05/01/2025) |
| 05/01/2025 | Ï 2 | Notice of Filing of Patent/Trademark Form (AO 120). AO 120 forwarded to the Director of the U.S. Patent and Trademark Office. (Ramey, William) (Entered: 05/01/2025) |
| 05/01/2025 | Ï 3 | REQUEST FOR ISSUANCE OF SUMMONS by Wolverine Barcode IP, LLC. (Ramey, William) (Entered: 05/01/2025) |
| 05/01/2025 | Ï 4 | Certificate of Interested Parties by Wolverine Barcode IP, LLC. (Ramey, William) (Entered: 05/01/2025) |
| 05/01/2025 | Ï 5 | NOTICE *Notice of Related Cases* by Wolverine Barcode IP, LLC (Attachments: # 1 Exhibit A)(Ramey, William) (Entered: 05/01/2025) |
| 05/01/2025 | Ï | Case assigned to Judge David Counts. **pursuant to the Order Assigning Business of the Court as it Relates to Patent Cases filed 7/25/2022**. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (llc) (Entered: 05/02/2025) |
| 05/02/2025 | Ï 6 | Summons Issued as to 7−Eleven, Inc.. (llc) (Entered: 05/02/2025) |
| 05/07/2025 | Ï 7 | ORDER AND ADVISORY. REFERRING CASE to Magistrate Judge Derek T. Gilliland. Signed by Judge David Counts. (kg) (Entered: 05/07/2025) |
| 05/29/2025 | Ï 8 | SUMMONS Returned Executed by Wolverine Barcode IP, LLC. 7−Eleven, Inc. served on 5/22/2025, answer due 6/12/2025. (Ramey, William) (Entered: 05/29/2025) |

| | | |
|---|---|---|
| 06/02/2025 | 9 | NON−CONSENT to Trial by US Magistrate Judge by Wolverine Barcode IP, LLC. (Ramey, William) (Entered: 06/02/2025) |
| 06/09/2025 | 10 | Unopposed MOTION for Extension of Time to File Answer re 1 Complaint by 7−Eleven, Inc.. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (McNabnay, Neil) (Entered: 06/09/2025) |
| 06/09/2025 | 11 | NOTICE of Attorney Appearance by Lance E. Wyatt, Jr on behalf of 7−Eleven, Inc.. Attorney Lance E. Wyatt, Jr added to party 7−Eleven, Inc.(pty:dft) (Wyatt, Lance) (Entered: 06/09/2025) |
| 06/12/2025 | 12 | ORDER GRANTING FIRST MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT (ECF NO. 10); 7−Eleven, Inc. answer due 7/28/2025. Signed by Judge Derek T. Gilliland. (kg) (Entered: 06/12/2025) |
| 07/11/2025 | 13 | NOTICE of Attorney Appearance by Siddhesh V. Pandit, Esq on behalf of 7−Eleven, Inc.. Attorney Siddhesh V. Pandit, Esq added to party 7−Eleven, Inc.(pty:dft) (Pandit, Siddhesh) (Entered: 07/11/2025) |
| 07/11/2025 | 14 | Pro Hac Vice Letter to Timonthy J. Maier as to 7−Eleven, Inc.. (kg) (Entered: 07/11/2025) |
| 07/11/2025 | 15 | Pro Hac Vice Letter to Michael R. Casey as to 7−Eleven, Inc.. (kg) (Entered: 07/11/2025) |
| 07/14/2025 | 16 | Unopposed MOTION to Withdraw as Attorney *for Fish & Richardson* by 7−Eleven, Inc.. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Wyatt, Lance) (Entered: 07/14/2025) |
| 07/14/2025 |  | DEFICIENCY NOTICE: re 16 Unopposed MOTION to Withdraw as Attorney *for Fish & Richardson*: Header does not read Midland/Odessa Division. Please correct and refile. In the docket text, type Corrected. This motion will not be forwarded to the assigned judge for consideration and will be terminated. (kg) (Entered: 07/14/2025) |
| 07/14/2025 | 17 | CORRECTED MOTION to Withdraw as Attorney *for Fish & Richardson* by 7−Eleven, Inc.. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Wyatt, Lance) (Entered: 07/14/2025) |
| 07/15/2025 | 18 | NOTICE of Attorney Appearance by Thomas J. Gohn on behalf of 7−Eleven, Inc.. Attorney Thomas J. Gohn added to party 7−Eleven, Inc.(pty:dft) (Gohn, Thomas) (Entered: 07/15/2025) |
| 07/17/2025 | 19 | MOTION to Appear Pro Hac Vice by Thomas J. Gohn *for Timothy J. Maier* ( Filing fee $ 100 receipt number ATXWDC−20470520) by on behalf of 7−Eleven, Inc... Motions referred to Judge Derek T. Gilliland. (Gohn, Thomas) (Entered: 07/17/2025) |
| 07/18/2025 | 20 | ORDER GRANTING 19 Motion to Appear Pro Hac Vice for Attorney Timothy J. Maier for 7−Eleven, Inc.. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. Signed by Judge Derek T. Gilliland. (kg) (Entered: 07/18/2025) |
| 07/28/2025 | 21 | ANSWER to 1 Complaint with Jury Demand by 7−Eleven, Inc..(Pandit, Siddhesh) (Entered: 07/28/2025) |
| 07/28/2025 | 22 | RULE 7 DISCLOSURE STATEMENT filed by 7−Eleven, Inc. identifying Corporate Parent SEJ Asset Management & Investment Company, Corporate Parent Seven−Eleven Japan Co., Ltd., Corporate Parent Seven & i Holdings Co., Ltd. for 7−Eleven, Inc.. (Pandit, Siddhesh) (Entered: 07/28/2025) |
| 07/28/2025 |  | Text Order GRANTING 17 Motion to Withdraw as Attorney. It is ORDERED that Fish and Richardson P.C., Neil J. McNabnay and Lance E. Wyatt are withdrawn as counsel of record for |

| | | |
|---|---|---|
| | | Defendant 7–Eleven, Inc., and the Clerk is directed to remove them from the electronic service list. It is so ORDERED. Entered by Judge David Counts. (This is a text–only entry generated by the court. There is no document associated with this entry.) (db) (Entered: 07/28/2025) |
| 08/15/2025 | Ï 23 | ORDER Setting/Resetting Initial Pretrial Conference Initial Pretrial Conference set for 9/24/2025 02:00 PM in Waco before Judge Derek T. Gilliland,. Signed by Judge Derek T. Gilliland. (ktm) (Entered: 08/15/2025) |
| 09/15/2025 | Ï 24 | Rule 26(f) Discovery Report/Case Management Plan by Wolverine Barcode IP, LLC. (Ramey, William) (Entered: 09/15/2025) |
| 09/15/2025 | Ï 25 | Agreed MOTION for Entry of Scheduling Order Deadlines by Wolverine Barcode IP, LLC. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Ramey, William) (Entered: 09/15/2025) |
| 09/19/2025 | Ï 26 | ORDER Cancelling DeadlineORDER CANCELLING INITIAL PRETRIAL CONFERENCEHELD IN PERSON. Signed by Judge Derek T. Gilliland. (slt) (Entered: 09/19/2025) |
| 09/25/2025 | Ï 27 | Unopposed Motion for leave to File Sealed Document. Referral Judge: Derek T. Gilliland. (Attachments: # 1 Proposed Order Regarding Motion to Seal (SEALED DOCUMENT), # 2 Exhibit Motion to Transfer (SEALED DOCUMENT), # 3 Affidavit Regarding Motion to Transfer (SEALED DOCUMENT), # 4 Affidavit Regarding Motion to Transfer (SEALED DOCUMENT), # 5 Proposed Order Regarding Motion to Transfer (SEALED DOCUMENT), # 6 Exhibit 1 to Motion To Transfer (SEALED DOCUMENT), # 7 Exhibit 2 to Motion To Transfer (SEALED DOCUMENT), # 8 Exhibit 3 to Motion To Transfer (SEALED DOCUMENT), # 9 Exhibit 4 to Motion To Transfer (SEALED DOCUMENT), # 10 Exhibit 5 to Motion To Transfer (SEALED DOCUMENT), # 11 Exhibit 6 to Motion To Transfer (SEALED DOCUMENT), # 12 Exhibit 7 to Motion To Transfer (SEALED DOCUMENT), # 13 Exhibit 8 to Motion To Transfer (SEALED DOCUMENT), # 14 Exhibit 9 to Motion To Transfer (SEALED DOCUMENT), # 15 Exhibit 10 to Motion To Transfer (SEALED DOCUMENT), # 16 Exhibit 11 to Motion To Transfer (SEALED DOCUMENT), # 17 Exhibit 12 to Motion To Transfer (SEALED DOCUMENT), # 18 Exhibit 13 to Motion To Transfer (SEALED DOCUMENT), # 19 Exhibit 14 to Motion To Transfer (SEALED DOCUMENT)) (Pandit, Siddhesh) (Entered: 09/25/2025) |
| 09/26/2025 | Ï 28 | MOTION to Transfer Case *(Public Version)* by 7–Eleven, Inc.. (Attachments: # 1 Proposed Order, # 2 Affidavit, # 3 Affidavit, # 4 Exhibit 1, # 5 Exhibit 2, # 6 Exhibit 3, # 7 Exhibit 4, # 8 Exhibit 5, # 9 Exhibit 6, # 10 Exhibit 7, # 11 Exhibit 8, # 12 Exhibit 9, # 13 Exhibit 10, # 14 Exhibit 11, # 15 Exhibit 12, # 16 Exhibit 13, # 17 Exhibit 14). Motions referred to Judge Derek T. Gilliland. (Pandit, Siddhesh) (Entered: 09/26/2025) |
| 09/26/2025 | Ï 29 | ORDER GRANTING 27 Motion for Leave to File Sealed Document. Signed by Judge Derek T. Gilliland. (jb3) (Entered: 09/26/2025) |
| 09/26/2025 | Ï 30 | Defendant's Motion to Transfer Venue to the Northern District of Texas. Referral Judge: Derek T. Gilliland. (Attachments: # 1 Exhibit 3, # 2 Exhibit 4, # 3 Declaration of Stephen P. Kinch in Support of Defendant's Motion to Transfer Venue, # 4 Declaration of Thomas J. Gohn in Support of Defendant's Motion to Transfer Venue) (jb3) (Entered: 09/29/2025) |
| 10/07/2025 | Ï 31 | ORDER GRANTING 25 Motion for Entry of Scheduling Order Final Pretrial Conference set for 3/12/2027 10:00 AM in Midland before Judge David Counts, Jury Selection/Trial set for 4/5/2027 08:00 AM in Midland before Judge David Counts, Markman Hearing set for 4/3/2026 09:00 AM in Waco before Judge Derek T. Gilliland, Amended Pleadings due by 7/24/2026, Joinder of Parties due by 5/15/2026, Dispositive/Daubert Motions due by 1/8/2027. Signed by Judge Derek T. Gilliland. (kg) (Entered: 10/07/2025) |
| 10/10/2025 | Ï 32 | NOTICE *OF NON–OPPOSITION TO TRANSFER VENUE* by Wolverine Barcode IP, LLC re 28 MOTION to Transfer Case *(Public Version)* (Ramey, William) (Entered: 10/10/2025) |

| 10/21/2025 | 33 | ORDER GRANTING DEFENDANTS MOTION TO TRANSFER (DKT. NO. 28 & 30). Signed by Judge Derek T. Gilliland. (kg) (Entered: 10/21/2025) |

Case 7:25-cv-00108-O   Document 34   Filed 10/22/25   Page 5 of 5   PageID 236