IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| WOLVERINE BARCODE IP LLC,<br><br>   Plaintiff,<br><br> v.<br><br>7-ELEVEN, INC.,<br><br>   Defendant. | Civil Action No.: 7:25-cv-00108-O<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT'S MOTION TO PROCEED WITHOUT LOCAL COUNSEL**

Defendant 7-Eleven, Inc. ("SEI") respectfully requests that it be allowed to proceed without local counsel with this case in accordance with Local Rule 83.10. In support of this Motion, SEI states:

1. Counsel for SEI, Siddhesh Pandit and Thomas Gohn, are admitted to practice in the Northern District of Texas.

2. Mr. Pandit has been admitted since March 16, 2023 and Mr. Gohn has been admitted since June 2020.

3. Mr. Gohn has an office in Dallas at 8750 N. Central Expressway, Suite 1850, Dallas, Texas 75231.

4. Mr. Gohn is able and willing to appear at any hearing called by the presiding judge, or to perform on behalf of SEI any other duty required by the presiding judge or the local rules of this Court, in accordance with Local Rule 83.10.

5. SEI therefore requests that the Court grant leave to proceed with the undersigned counsel without the appearance of local counsel.

DATE: November 5, 2025

          Respectfully Submitted,

          */s/ Thomas J. Gohn*
          Siddhesh V. Pandit, VA Bar No. 75,686 (admitted to practice in the NDTX)
          svp@maierandmaier.com
          Timothy J. Maier, VA Bar No. 46,354 (*pro hac vice to be submitted*)
          tjm@maierandmaier.com
          Michael R. Casey, VA Bar No. 43,919 (*pro hac vice to be submitted*)
          mrc@maierandmaier.com

          **MAIER & MAIER PLLC**
          345 South Patrick Street
          Alexandria, VA 22314
          (703) 740-8322 (phone)
          (703) 991-7071 (fax)

          Thomas J. Gohn
          (TX Bar No. 24097742)
          tjg@maierandmaier.com

          **MAIER & MAIER PLLC**
          8750 N. Central Expressway
          Suite 1850
          Dallas, Texas 75231
          (703) 740-8322 (phone)
          (703) 991-7071 (fax)

          ***Attorneys for Defendant 7-Eleven, Inc.***

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the above and foregoing document has been served on November 5, 2025, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

                By:    /s/ *Thomas J. Gohn*
                          Thomas J. Gohn