# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# WICHITA FALLS DIVISION

| | |
|---|---|
| WOLVERINE BARCODE IP LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>7-ELEVEN, INC.,<br><br>        Defendant. | **Civil Action No.: 7:25-cv-00108-O**<br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO PROCEED WITHOUT LOCAL COUNSEL**

Before the Court is Defendant's Motion to Proceed Without Local Counsel. Having fully considered the Motion and the submissions related thereto, the Court hereby GRANTS the Motion and ALLOWS Defendant to proceed without local counsel.

IT IS SO ORDERED this _____ day of _____, 2025.

_____
The Honorable Reed O'Connor
UNITED STATES DISTRICT JUDGE

1