# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# WICHITA FALLS DIVISION

| | |
|---|---|
| WOLVERINE BARCODE IP LLC,<br><br>       Plaintiff,<br><br>   v.<br><br>7-ELEVEN, INC.,<br><br>       Defendant. | **Civil Action No.: 7:25-cv-00108-O**<br><br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE OF LEAD COUNSEL

Please take notice that the undersigned attorney is admitted to this Court and hereby enters his appearance as lead counsel on behalf of Defendant 7-Eleven, Inc. in this matter. Counsel consents to electronic service of all papers in this matter.

DATE: November 12, 2025                     Respectfully Submitted,


/s/ *Sid V. Pandit*
Siddhesh V. Pandit, VA Bar No. 75,686 (admitted to practice in the NDTX)
svp@maierandmaier.com
Timothy J. Maier, VA Bar No. 46,354 (*pro hac vice to be submitted*)
tjm@maierandmaier.com
Michael R. Casey, VA Bar No. 43,919 (*pro hac vice to be submitted*)
mrc@maierandmaier.com

**MAIER & MAIER PLLC**
345 South Patrick Street
Alexandria, VA 22314
(703) 740-8322 (phone)
(703) 991-7071 (fax)


Thomas J. Gohn
(TX Bar No. 24097742)
tjg@maierandmaier.com

**MAIER & MAIER PLLC**
8750 N. Central Expressway
Suite 1850
Dallas, Texas 75231
(703) 740-8322 (phone)
(703) 991-7071 (fax)

*Attorneys for Defendant 7-Eleven, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the above and foregoing document has been served on November 12, 2025, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

By:  /s/ *Sid V. Pandit*
     Siddhesh V. Pandit