# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# WICHITA FALLS DIVISION

| | |
|---|---|
| WOLVERINE BARCODE IP LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>7-ELEVEN, INC.,<br><br>      Defendant. | Civil Action No.: 7:25-cv-00108-O<br><br>**JURY TRIAL DEMANDED** |

## ORDER

Before the Court is the Parties' Agreed Motion to Modify Scheduling Order, filed December 16, 2025. Finding good cause, the Court AMENDS the Scheduling Order (ECF No. 42) and orders the following deadlines:

| Deadline | Proposed Date |
|---|---|
| **February 19, 2025** | Preliminary invalidity contentions due and technical document production due. |
| **February 26, 2025** | All parties shall exchange their respective proposed terms and claim elements for construction. |
| **March 2, 2026** | Parties shall meet and confer regarding a list of proposed terms and claim elements for construction at a mutually agreeable time and place on or before. |
| **March 16, 2026** | Parties shall exchange their respective preliminary claim constructions and any extrinsic evidence. |
| **April 1, 2026** | Parties shall meet and confer regarding a joint claim construction and prehearing statement at a mutually agreeable time and place. |
| **April 8, 2026** | Plaintiff shall file the parties' joint claim construction and prehearing statement. |
| **April 22, 2026** | The parties shall complete all discovery related to claim constructions. |

In all other respects, the Court's Scheduling Order (ECF No. 42) remains in effect.

IT IS SO ORDERED this _____ day of _____, 2025.

                                                _____
                                                          The Honorable Reed O'Connor
                                                      UNITED STATES DISTRICT JUDGE