IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| **Wolverine Barcode IP LLC** § | |
| § | |
|   **Plaintiff,** § | |
| § | |
| **v.** § | Civil Action No.  7:25-CV-00108-O |
| § | |
| **7-Eleven Inc** § | |
| § | |
|   **Defendant.** § | |

## ORDER

Before the Court is the Parties' Agreed Motion to Modify Scheduling Order, filed December 16, 2025 (the "Motion"). On October 7, 2025, United States Magistrate Judge Derek T. Gilliland entered a Scheduling Order (ECF No. 31) using deadlines proposed by the Parties. The Scheduling Order contained a December 12, 2025, deadline for Defendant to serve preliminary invalidity contentions. The case was subsequently transferred to this Court (ECF No. 34). On December 12, 2025, the Court entered an Amended Scheduling Order (ECF No. 42) keeping in place the December 12, 2025, deadline for Defendant to serve preliminary invalidity contentions. The Motion informs the Court that the Parties have not complied with the December 12, 2025, deadline, initially proposed by the Parties, because the case was transferred. The Motion requests that the Court adjust the preliminary invalidity contentions deadline and several other related deadlines. After reviewing the Motion, and noting it is agreed, the Court finds good cause to **GRANT** the Motion.

Accordingly, the Court **ORDERS** that the Amended Scheduling Order (ECF No. 42) be revised as follows:

| Deadline | Action |
|---|---|
| **February 19, 2026** | The accused infringer shall serve its preliminary invalidity contentions and produce all accompanying documents. |
| **February 26, 2026** | All parties shall exchange their respective proposed terms and claim elements for construction. |
| **March 2, 2026** | Parties shall meet and confer regarding a list of proposed terms and claim elements for construction at a mutually agreeable time and place on or before. |
| **March 16, 2026** | Parties shall exchange their respective preliminary claim constructions and any extrinsic evidence. |
| **April 1, 2026** | Parties shall meet and confer regarding a joint claim construction and prehearing statement at a mutually agreeable time and place. |
| **April 8, 2026** | Plaintiff shall file the parties' joint claim construction and prehearing statement. |
| **April 22, 2026** | The parties shall complete all discovery related to claim constructions. |

All other deadlines contained in the Court's Amended Scheduling Order (ECF No. 42) remain unchanged.

**SO ORDERED** on this **17th day** of **December 2025**.

_____
Reed O'Connor
CHIEF UNITED STATES DISTRICT JUDGE

1