IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| **WOLVERINE BARCODE IP LLC,**<br><br>          **Plaintiff,**<br><br>     **v.**<br><br>**7-ELEVEN, INC.,**<br><br>          **Defendant.** | **Civil Action No.: 7:25-cv-00108-O**<br><br><br>**JURY TRIAL DEMANDED** |

## JOINT CLAIM CONSTRUCTION STATEMENT

Pursuant to the Amended Docket Control Order (ECF No. 44) and Miscellaneous Order No. 62, Rule 4-3, Plaintiff and Defendant have met and conferred and hereby submit this Joint Claim Construction Statement pertaining to the asserted claims of U.S. Patent No. 9,280,689 ("the '689 Patent").

### Misc. Order 4-3(a)(1). Agreed Claim Constructions

The Parties agree that the preamble is limiting. The parties further agree that other than those terms identified in Exhibit A for which the Parties offer proposed constructions, the terms of the '689 Patent should be given their plain and ordinary meaning consistent with Federal Circuit and relevant district court law.

### Misc. Order 4-3(a)(2). Disputed Constructions

Exhibit A, attached hereto, is a chart showing the Parties' proposed constructions of each disputed claim term, including intrinsic and extrinsic evidence supporting such constructions. All Parties reserve the right to rely on any intrinsic or extrinsic evidence identified by the other Party. In addition, each Party reserves the right to amend, correct, or supplement its claim construction positions and supporting evidence in response to any chance of position by the other Party, or for

other good cause.

### Misc. Order 4-3(a)(3). Anticipated Length of Time for Claim Construction Hearing

To the extent the Court determines that a claim construction hearing is necessary, the Parties anticipate the length of time necessary for the claim construction hearing will be about three hours, divided equally between the Parties.

### Misc. Order 4-3(a)(4). Anticipated Witnesses at Claim Construction Hearing

Defendant identifies its expert witness, Henry Dreifus. Mr. Dreifus may offer testimony in support of Defendant's constructions or to rebut Plaintiff's constructions. To the extent the Court determines that a claim construction hearing is necessary, the Parties propose citing to the expert's declaration at the argument unless the Court would appreciate live testimony in which case the expert can attend the hearing.

### Misc. Order 4-3(a)(5). Proposed Order of Presentation at Claim Construction Hearing

The Parties propose the claim construction hearing proceed on a term-by-term basis whereby, for each term, Plaintiff presents first followed by Defendant.

### Misc. Order 4-3(a)(6). Other Issues to Be Addressed at Prehearing Conference

The Parties are not presently aware of any other issues that may need to be addressed at a prehearing conference before the claim construction hearing.

DATE: April 8, 2026

Respectfully Submitted,

**RAMEY LLP**

/s/ William P. Ramey, III
William P. Ramey, III
Texas Bar No. 24027643
wramey@rameyfirm.com
5020 Montrose Blvd., Ste. 800
Houston, Texas 77006
(713)426-3923

*Attorneys for Wolverine Barcode IP LLC*


*/s/ Thomas J. Gohn*
Siddhesh V. Pandit, VA Bar No. 75,686 (admitted to practice in the NDTX)
svp@maierandmaier.com
Timothy J. Maier, VA Bar No. 46,354 (*pro hac vice to be submitted*)
tjm@maierandmaier.com
Michael R. Casey, VA Bar No. 43,919 (*pro hac vice to be submitted*)
mrc@maierandmaier.com

**MAIER & MAIER PLLC**
345 South Patrick Street
Alexandria, VA 22314
(703) 740-8322 (phone)
(703) 991-7071 (fax)

Thomas J. Gohn
(TX Bar No. 24097742)
tjg@maierandmaier.com

**MAIER & MAIER PLLC**
8750 N. Central Expressway
Suite 1850
Dallas, Texas 75231
(703) 740-8322 (phone)
(703) 991-7071 (fax)

*Attorneys for Defendant 7-Eleven, Inc.*

3

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been delivered to all parties registered to receive court notices via the Court's ECF/CM system on April 8, 2026.


*/s/ William P. Ramey, III*
William P. Ramey, III