**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **WOLVERINE BARCODE IP, LLC,**<br>        **Plaintiff,** | **Civil Action No. 7:25-cv-00108-O** |
| **v.** | |
| **7-ELEVEN, INC.,**<br>        **Defendant** | **JURY TRIAL DEMANDED** |

**PLAINTIFF'S MOTION TO STAY ALL PROCEEDINGS
PENDING THE FEDERAL CIRCUIT'S MANDATE IN
WOLVERINE BARCODE IP LLC v. ALBERTSONS COMPANIES, INC.**

Plaintiff Wolverine Barcode IP LLC ("Wolverine") moves under the Court's inherent authority to control its docket for a stay of all proceedings in this action pending issuance of the mandate of the United States Court of Appeals for the Federal Circuit in *Wolverine Barcode IP LLC v. Albertsons Companies, Inc.*, No. 3:25-cv-01448-B (N.D. Tex.), Notice of Appeal filed on July 27, 2026, APPX0021-22.

The grounds for this motion are set out in the accompanying brief and are summarized as follows. This action asserts claims 1 through 3 of U.S. Patent No. 9,280,689. On July 9, 2026, Judge Boyle of this District held those same claims ineligible under 35 U.S.C. § 101, dismissed Wolverine's action against Albertsons with prejudice, and entered final judgment. Wolverine has appealed. Because patent eligibility is assessed against the claims rather than the accused instrumentality, the Federal Circuit's decision will resolve the threshold question presented here regardless of how it comes out. Claim construction briefing in this case has been filed but not heard or decided, so a stay entered now avoids the expense of construing claims whose validity is squarely before the court of appeals.

1

Wolverine requests that the stay terminate upon issuance of the Federal Circuit's mandate; that the parties file a joint status report every ninety days during the stay and within fourteen days after the mandate issues; and that either party be permitted to move to lift the stay for good cause. Wolverine does not seek to vacate or disturb any deadline that has already run, and it does not seek relief from any obligation the Court concludes should continue during the stay.

For the reasons stated in the accompanying brief, Wolverine asks the Court to grant this motion, stay all proceedings pending the Federal Circuit's mandate, and grant such further relief as the Court deems just. A proposed order is submitted separately in accordance with Local Rule 7.1(c).

Respectfully submitted,

RAMEY LLP

/s/ William P. Ramey, III
William P. Ramey, III
Texas Bar No. 24027643
wramey@rameyfirm.com
446 Heights Blvd., Suite 00
Houston, Texas 77006
(713) 426-3923 (telephone)

**Attorneys for Plaintiff**
**Wolverine Barcode IP LLC**

2

**CERTIFICATE OF CONFERENCE**

I certify that on July 22, 2026, I conferred with counsel for defendant by e-mail and defendant is opposed.

/s/ William P. Ramey, III
William P. Ramey, III

**CERTIFICATE OF SERVICE**

I certify that on July 27, 2026, the foregoing document was served on all counsel of record via the Court's CM/ECF system in accordance with Federal Rule of Civil Procedure 5(b)(2)(E) and Local Rule 5.1(e).

/s/ William P. Ramey, III
William P. Ramey, III