**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION**

| | | |
|---|---|---|
| **WOLVERINE BARCODE IP LLC** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No.  7:25-CV-00108-O** |
| | § | |
| **7-ELEVEN INC** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER

On July 27, 2026, Plaintiff filed a Motion to Stay (ECF No. 54). The Court finds that expedited briefing is necessary to resolve this motion in a timely fashion. *See* L.R. 7.1. Accordingly, it is **ORDERED** that Defendant's response is due on or before **August 12, 2026**. It is further **ORDERED** that if Defendant chooses to file a reply, it shall be filed on or before **August 19, 2026**.

**SO ORDERED** on this **29th day** of **July 2026**.

Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**