## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## WICHITA FALLS DIVISION

|  |  |
|---|---|
| WOLVERINE BARCODE IP LLC, | |
| Plaintiff, | |
| v. | **Civil Action No.: 7:25-cv-00108-O** |
| 7-ELEVEN, INC., | |
| Defendant. | **JURY TRIAL DEMANDED** |

## DEFENDANT'S NOTICE OF NON-OPPOSITION TO MOTION TO STAY

Plaintiff filed a Motion to Stay pending an appeal to the Federal Circuit Court of Appeals. *See* ECF 54. Defendant hereby provides notice that it does not oppose Plaintiff's request regarding a stay of this case and does not oppose Plaintiff's Motion to Stay.

DATE: July 31, 2026

Respectfully Submitted,


/s/ Thomas J. Gohn
Siddhesh V. Pandit, VA Bar No. 75,686 (admitted to practice in the NDTX)
svp@maierandmaier.com
Timothy J. Maier, VA Bar No. 46,354 (*pro hac vice*)
tjm@maierandmaier.com
Michael R. Casey, VA Bar No. 43,919 (*pro hac vice to be submitted*)
mrc@maierandmaier.com

**MAIER & MAIER PLLC**
345 South Patrick Street
Alexandria, VA 22314
(703) 740-8322 (phone)
(703) 991-7071 (fax)


Thomas J. Gohn
(TX Bar No. 24097742)
tjg@maierandmaier.com

**MAIER & MAIER PLLC**
8750 N. Central Expressway
Suite 1850
Dallas, Texas 75231
(703) 740-8322 (phone)
(703) 991-7071 (fax)

***Attorneys for Defendant 7-Eleven, Inc.***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on July 31, 2026, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Thomas J. Gohn*
Thomas J. Gohn